FILED & ENTERED

JAN 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Prober & Raphael, A Law Corporation**
**Lee S. Raphael, Esq., BAR ID: 180030**
**Cassandra J. Richey, Esq., BAR ID: 155721**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**
**Telephone # (818) 227-0100**
**Fax # (818) 227-0101**
**cmartin@pprlaw.net**

☒ *Attorney for Movant(s)*
☐ *Movant(s) appearing without attorney*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

TOM CHASE

Debtor(s).

CASE NO.: **7**

CHAPTER: 2:10-bk-43521-VZ

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**

DATE: January 4, 2011
TIME: 10:00 A.M.
COURTROOM: 1368
PLACE: U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, California

**(MOVANT:** U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS**)**

1. The Motion was: ☐ Opposed ☒ Unopposed ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:* **1729 North Avenue 46**
   *Unit Number:*
   *City, State, Zip Code:* **Los Angeles, California 90041**

   Legal description or document recording number (including county of recording):

   Document Recording Number: 06 1920080; County of Los Angeles

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1) ☐ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns (“Movant”), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor’s(s’) bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): __________________

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant’s secured claim after entry of this Order. The secured portion of Movant’s claim is deemed withdrawn upon entry of this Order without prejudice to Movant’s right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant’s secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☒ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:
   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
   b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
   d. ☐ See attached continuation page for additional provisions.

#



DATED: January 14, 2011

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __1/6/11______,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/11 | Janice Warren | /s/ Janice Warren |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY U.S. MAIL**

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332
JUDGE'S COPY

Tom Chase
16110 Hoover St.
Gardena, CA 90247
Debtor In Pro Se

Timothy Yoo
Levene Neale Bender Rankin & Brill LLP
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
Chapter 7 Trustee

Marcelino Rojas-Hernandez
Maria D. Rojas
1729 North Avenue 46
Los Angeles, California 90041
Borrowers

Occupant
1729 North Avenue 46
Los Angeles, California 90041

David Zepeda
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Kenneth and Fran Gilbert
1729 North Avenue 46
Los Angeles, California 90041
Grantee

David and Chris Rose
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Sam and Ivy Kirby
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Sam and Ivy Fry
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Jack and Lydia Cadman
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Robert and Janice Mann
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Fran Gilbert
1729 North Avenue 46
Los Angeles, California 90041
Grantee

France Guston
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Evan and Kay Patch
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Peter and Sandra Moore
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Tom and Linda Meyer
1729 North Avenue 46
Los Angeles, California 90041
Grantee

Michell Chase
1729 North Avenue 46
Los Angeles, California 90041
Grantee

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 01/06/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Deborah Conley bkmail@prommis.com
Nicolas A Daluiso ndaluiso@robinsontait.com
Darren J Devlin darren@resolutionfunding.net
Mark D Estle mdestle@estlelaw.com
Mehrdaud Jafarnia bknotice@mccarthyholthus.com
Lemuel B Jaquez bjaquez@mileslegal.com
Steven M Lawrence generalmailaswlawoffice.com@alvaradoca.com, ebarajas@alvaradoca.com
Joe M Lozano notice@NBSDefaultServices.com
Arturo E Matthews aem@burnett-matthews.com
Christopher M McDermott ecfcacb@piteduncan.com
Christina J O christinao@mclaw.org
Edward G Schloss egs2@ix.netcom.com
John D Schlotter ecfmail@aclawllp.com
Nathan F Smith nathan@mclaw.org
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Darlene C Vigil cdcaecf@bdfgroup.com
Catherine T Vinh ecfcacb@piteduncan.com
Alan Steven Wolf wdk@wolffirm.com
Gilbert R Yabes ecfcacb@piteduncan.com
Timothy Yoo (TR) tjytrustee@lnbrb.com, tyoo@ecf.epiqsystems.com
cmartin@pprlaw.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page